IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



JOSEPH T.,

    Plaintiff,

v.

ANDREW M. SAUL, Commissioner,
Social Security Administration,

    Defendant.

2:19-CIV-12-Z

## ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
## AND
## REVERSING THE DECISION OF THE COMMISSIONER

Before the Court are the findings, conclusions and recommendation of the United States Magistrate Judge to reverse the Commissioner's final decision denying plaintiff's application for disability benefits under the Social Security Act. (ECF 16). No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings and administrative record in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore ORDERED that the findings, conclusions, and recommendation of the Magistrate Judge are ADOPTED, the Commissioner's final decision in this case is REVERSED, and this matter is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the findings, conclusions, and recommendation of the magistrate judge.

Plaintiff's taxable costs of court, as calculated by the Clerk of Court, are assessed against the defendant Commissioner.

**SO ORDERED**.

February 26, 2020.

                            _____
                            MATTHEW J. KACSMARYK
                            UNITED STATES DISTRICT COURT